JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNEL W. MORGAN,<br><br>Petitioner<br><br>v.<br><br>UNKNOWN,<br><br>Respondent. | Case No. CV 16-8496-DOC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Petition For Lack Of Jurisdiction; And Denying Certificate Of Appealaibility,

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: November 18,2016

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE